# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR A. BOLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS BANK, et al.,<br><br>    Defendants. | Case No.: 13-cv-04072-YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On September 9, 2013, Defendants filed a Motion to Dismiss Complaint. (Dkt. No. 8.) The hearing on the motion is set for October 22, 2013. Civil Local Rule 7-3(a) provides that an opposition is due not more than 14 days after a motion is filed, and the deadline is extended an additional three (3) days if the motion is served by mail. Therefore, Ms. Bolin's opposition was due on September 26, 2013.

To date, Ms. Bolin has failed to oppose the Motion to Dismiss Complaint. <u>Ms. Bolin shall file an opposition to the Motion to Dismiss Complaint no later than October 14, 2013. Failure to file an opposition by that date will result in dismissal of the action against Defendants for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than seven (7) days after the opposition is served and filed. *See* Civil Local Rule 7-3(c).

The hearing date of October 22, 2013 is hereby **CONTINUED** to November 5, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 30, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**