UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR A. BOLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS BANK, et al.,<br><br>    Defendants. | Case No.: 13-cv-04072-YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On September 30, 2013, the Court issued an Order Regarding Plaintiff's Failure to File an Opposition to Defendants' Motion to Dismiss Complaint. (Dkt. No. 12.) Plaintiff Eleanor Bolin was informed that she had failed to oppose Defendants' Motion to Dismiss, and was allowed additional time to file an opposition. She was warned that failure to file an opposition by October 14, 2013 "will result in dismissal of the action against Defendants for failure to prosecute." (*See* Dkt. No. 12.)

The October 14 deadline had passed and Ms. Bolin did not file an opposition. Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The hearing date of November 5, 2013 is **VACATED**. This Order terminates Dkt. No. 8.

**IT IS SO ORDERED.**

Dated: October 18, 2013

                                                _____
                                                **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**